ROBERT R. MOORE (BAR NO. 113818)
BRYAN L. HAWKINS (BAR NO. 238346)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
         bhawkins@allenmatkins.com

Attorneys for Defendants
Clinton T. Reilly, Clinton T. Reilly as Trustee Under That Certain Clinton Reilly Family Trust Dated June 8, 2001, Clinton Reilly Holdings, LLC, and Clinton Reilly Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>       v.<br><br>34,196 Rentable Square Feet, More or Less, at 3870 Rosin Court, Sacramento, California; Clinton T. Reilly, Trustee Under that Certain Clinton Reilly Family Trust Dated June 8, 2001; Clinton T. Reilly; Clinton Reilly Holdings, LLC; Clinton Reilly Group, Inc.; and Bank of America, N.A. ,<br><br>               Defendants. | Case No. 2:11-cv-03467-KJM-GGH<br><br>**ORDER GRANTING STIPULATED REINSTATEMENT OF CLINTON T. REILLY, IN HIS CAPACITY AS TRUSTEE UNDER THAT CERTAIN CLINTON REILLY FAMILY TRUST DATED JUNE 8, 2001, AS A DEFENDANT IN THIS ACTION** |

# ORDER

Based on the stipulation by and between Defendant Clinton T. Reilly, individually, and in his capacity as trustee of the Clinton Reilly Family Trust Dated June 8, 2001, and Plaintiff United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that withdrawal of the disclaimer filed by CLINTON T. REILLY, in his capacity AS TRUSTEE UNDER THAT CERTAIN CLINTON REILLY FAMILY TRUST DATED JUNE 8, 2001, as Docket 11 is approved.

IT IS FURTHER ORDERED that CLINTON T. REILLY, in his capacity AS TRUSTEE UNDER THAT CERTAIN CLINTON REILLY FAMILY TRUST DATED JUNE 8, 2001, is reinstated as a Defendant in this action.

**IT IS SO ORDERED**

Dated: April 4, 2012.

_____
UNITED STATES DISTRICT JUDGE