ROBERT R. MOORE (BAR NO. 113818)
BRYAN L. HAWKINS (BAR NO. 238346)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: rmoore@allenmatkins.com
        bhawkins@allenmatkins.com

Attorneys for Defendants
Clinton T. Reilly, Clinton T. Reilly as Trustee Under That
Certain Clinton Reilly Family Trust Dated June 8, 2001,
Clinton Reilly Holdings, LLC, and Clinton Reilly Group,
Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>34,196 Rentable Square Feet, More or Less, at 3870 Rosin Court, Sacramento, California; Clinton T. Reilly, Trustee Under that Certain Clinton Reilly Family Trust Dated June 8, 2001; Clinton T. Reilly; Clinton Reilly Holdings, LLC; Clinton Reilly Group, Inc.; and Bank of America, N.A.,<br><br>　　　　　Defendants. | Case No. 2:11-cv-03467-KJM-GGH<br><br>**ORDER GRANTING STIPULATED PETITION FOR DISBURSEMENT OF DEPOSIT** |

## ORDER

Based on the stipulation submitted by Defendant Clinton T. Reilly, as Trustee Under That Certain Clinton Reilly Family Trust Dated June 8, 2001 ("Defendant") and Bank of America, N.A., and good cause appearing therefore,

IT IS HEREBY ORDERED that a registry check in the amount of $342,199.50 be drawn to the order of "Clinton T. Reilly, as Trustee Under That Certain Clinton Reilly Family Trust Dated June 8, 2001" and delivered to Robert R. Moore, Esq., counsel of record for Defendant, at Allen Matkins, LLP; Three Embarcadero Center; 12th Floor; San Francisco, California, 94111.

**IT IS SO ORDERED**

Dated: April 4, 2012.

_____
UNITED STATES DISTRICT JUDGE