BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>34,196 RENTABLE SQUARE FEET, MORE OR LESS, AT 3870 ROSIN COURT, SACRAMENTO, ET AL.,<br><br>Defendants. | CASE NO. 2:11-cv-03467 KJM GGH<br><br>STIPULATION OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A., BASED UPON DISCLAIMER; ORDER THEREON |

Defendant BANK OF AMERICA, N.A., a California Corporation, and Plaintiff the United States of America, submit the following stipulation to the Court for its approval.

First, BANK OF AMERICA, N.A. disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action.  This disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that BANK OF AMERICA, N.A. be dismissed as Defendant in this action, and that any further service of documents upon BANK OF AMERICA, N.A. following service of this Order, is not necessary, and that BANK OF AMERICA, N.A. may be omitted from the caption of this case in all subsequent filings with

---

Stipulation of Dismissal of Bank of America, N.A; Order.

the Court.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

                                                    BENJAMIN B. WAGNER
United States Attorney

Date: August 9, 2012                    /s/ *Lynn Trinka Ernce*
                                     By:   LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Plaintiff, the United States of America

Date: August 9, 2012                    SEVERSON & WERSON
A Professional Corporation

                                       /s/ *Susan M. Santerelli*
                                     By:   SUSAN M. SANTERELLI
Attorneys for Defendant, Bank of America, N.A.

---

Stipulation of Dismissal of Bank of America, N.A; Order.

**ORDER**

IT IS ORDERED that Defendant BANK OF AMERICA, N.A., a California Corporation, is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon BANK OF AMERICA, N.A., no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said BANK OF AMERICA, N.A. may be omitted from the caption of this case in all future filings. **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Date: August 31, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

Stipulation of Dismissal of Bank of America, N.A; Order.

3