UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cv-3467 KJM AC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| 35,196 RENTABLE SQUARE FEET, MORE OR LESS, AT 3870 ROSIN COURT, SACRAMENTO, CA, | |
| Defendant. | |

Pending before the court is the government's May 23, 2013 ex parte application for order shortening time on its May 23, 2013 motion for protective order. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Government's May 23, 2013 ex parte application for order shortening time is granted;

2. The Government's May 23, 2013 motion for protective order is set for hearing on June 5, 2013 at 10:00 a.m. in courtroom #26 before the undersigned; and

////
////
////
////
////

1

3. The parties shall file a joint discovery statement pursuant to Local Rule 251(c) on or before Thursday, May 30, 2013.

DATED: May 24, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;usa3467.jo.short_time

2