1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No.  2:11-cv-03467-KJM-AC

12                Plaintiff,

13        v.                                   ORDER

14   34,196 RENTABLE SQUARE FEET,
     MORE OR LESS, AT 3870 ROSIN
15   COURT; SACRAMENTO,
     CALIFORNIA, et al.,
16
                 Defendants.
17

18

19        This matter is before the court on the United States' ("plaintiff") motion to modify

20   the scheduling order.  (ECF 80.)  Plaintiff seeks to modify the scheduling order issued on June 20,

21   2012 to file an amended Declaration of Taking.  (ECF 80 at 2.)  Plaintiff reasons that if the court

22   finds the Public Buildings Service (PBS) Commissioner's ratification sufficient, "then

23   modification of the scheduling order and filing of the Amended Declaration will not be

24   necessary."  (*Id.*)

25        Defendants reason that by allowing plaintiff to file an amended Declaration, the

26   court will validate a condemnation action brought based on an invalid Declaration of Taking.

27   (ECF 81.)  After considering the parties' arguments, the court orders the parties to provide

28   /////

                                              1

1  simultaneous supplemental briefs on the following questions:

2      1.  What is the effect of PBS Commissioner Dorothy Robyn's ratification (dated

3          June 12, 2013) of the Declaration of Taking (dated December 29, 2011) on this

4          case?

5      2.  What is the effect of defendants' failure to object to the ratification?

6      3.  Has the time to object to the ratification passed?

7      4.  If the time has passed for defendants to object to the ratification, does the

8          ratification relate back in time to the date of the original Declaration of

9          Taking?

10         Parties are to file their simultaneous briefs by October 7, 2013.  Parties may file

11 any oppositions by October 15, 2013, after which the matter will be submitted.  Parties shall limit

12 their briefs to ten pages each.

13         IT IS SO ORDERED.

14 DATED:  September 25, 2013.

15

16 _____

17                    UNITED STATES DISTRICT JUDGE

18

2