BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
VICTORIA L. BOESCH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 34,196 RENTABLE SQUARE FEET, MORE OR LESS, AT 3870 ROSIN COURT, SACRAMENTO, CALIFORNIA; ET AL., <br><br> Defendants. | Case No. 2:11-cv-03467 KJM AC <br><br> **FINAL JUDGMENT IN EMINENT DOMAIN** |

Pursuant to the parties' Stipulation for Final Judgment in Eminent Domain, and good cause appearing therefore, the Court hereby finds that:

1. The "subject property" is 34,196 rentable square feet, more or less, at 3870 Rosin Court, Sacramento, California, more particularly described in Schedule "A" of the Declaration of Taking and Complaint in Condemnation filed on December 29, 2011.

2. On December 29, 2011, the United States commenced this action by filing the Declaration of Taking and Complaint in Condemnation, and depositing $342,199.50 into the Court registry as estimated just compensation for the taking of the estates in the subject property.

3. Upon the filing of the Declaration of Taking and the deposit of the $342,199.50 estimated just compensation, the United States acquired title to the estates in the subject property by operation of law pursuant to 40 U.S.C. § 3114.

4. The use for which the subject property was taken and condemned is one authorized by law, and the subject property and its taking are necessary and suited to that use.

5. All parties interested directly or indirectly in the subject property have been served with process, or have appeared in this action.

6. The subject property, and all claimants and parties interested therein, are within the jurisdiction of this Court, which has the power and authority to enter this final judgment.

**NOW THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED,** that:

A. The full and just compensation payable by the United States for the taking of the estates in the subject property is $342,199.50, which sum is all inclusive.

B. Judgment shall be, and is hereby, entered against the United States of America in the amount of $342,199.50.

C. Pursuant to the Court's April 4, 2012 order (Docket 33), just compensation in the amount of $342,199.50 has been properly paid and distributed to the parties entitled to receive just compensation herein, and the parties agree that this payment constitutes full, adequate and just compensation for the taking of the estates and interests in the subject property.

D. The clerk is directed to enter satisfaction of final judgment as to defendants Clinton T. Reilly, individually, and as Trustee Under that Certain Clinton Reilly Family Trust Dated June 8, 2001.

E. The parties shall be responsible for their own legal fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED: February 28, 2014.

_____
UNITED STATES DISTRICT JUDGE