UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

UNITED STATES OF AMERICA

v.

34,196 RENTABLE SQUARE FEET, MORE
OR LESS, AT 3870 ROSIN COURT,
SACRAMENTO, CALIFORNIA; ET AL.,

FINAL JUDGMENT

Case No. 2:11-cv-03467 KJM AC

**IT IS ORDERED AND ADJUDGED** final judgment in the amount of $ 342,199.50 as full and just compensation is hereby ENTERED against the United States of America.

**February 28, 2014**

MARIANNE MATHERLY, CLERK

By:  /s/     M. Marciel
M. Marciel, Deputy Clerk